# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| LISA MANUEL | : | DOCKET NO. 06-1406 |
|---|---|---|
| VS. | : | JUDGE MINALDI |
| DANIELS TREE SERVICE, ET AL | : | MAGISTRATE JUDGE WILSON |

## ORDER

This case is seven months old. There is no return of service as to defendant Daniels Tree Service. Plaintiff is hereby notified that the court is considering dismissal of the case against Daniels Tree Service because service of process has not been effected within 120 days after filing suit. LR. 41.3W; FRCP 4(m). Plaintiff shall have 15 calendar days to perfect and file a return of service, or to file evidence of good cause for failure to timely perfect same.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 15th day of March, 2007.

_____
ALONZO P. WILSON
UNITED STATES MAGISTRATE JUDGE