RECEIVED
IN LAKE CHARLES, LA

APR - 9 2007
*Pam*
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| LISA MANUEL | : | DOCKET NO. 2:06-CV-1406 |
| VS. | : | JUDGE MINALDI |
| DANIELS TREE SERVICE, ET AL | : | MAGISTRATE JUDGE WILSON |

### JUDGMENT OF DISMISSAL

On March 15, 2007, this court issued an order wherein we noted that the case was seven months old, there was no return of service as to defendant Daniels Tree Service, and that the court was considering dismissing the case against Daniels Tree Service. Plaintiff was allotted 15 calendar days to perfect service, or to provide good cause for her inability to do so.

As of today, there is no indication in the record that defendant has been served, nor has plaintiff explained to the court her failure to serve defendant. Since more than 120 days have elapsed without service of process having been perfected or return of service filed in the record, it is ordered that plaintiff's suit against Daniels Tree Service be, and it is hereby DISMISSED, without prejudice. LR 41.3W, Fed.R.Civ.P. 4(m). The case may be reinstated upon good cause shown during the next thirty (30) days from today.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this ____ day of April, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE